# United States District Court

## for the

## Eastern District of Washington

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Isaac Diaz, Jr.
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge
Docket No: 2:16CR00036-TOR-5

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of country. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Isaac Diaz, Jr. to travel out of country.

Respectfully submitted by,

s/Elizabeth Lee    06/06/2023
Elizabeth Lee            Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[x] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Thomas O. Rice
United States District Judge

June 6, 2023
Date